UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMEL CARDENAS DIAZ,<br><br>                          Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of<br>Homeland Security, et al.,<br><br>                          Respondents. | Case No.:  26-cv-02208-JO-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated at Dkt. 6, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. **Release:** Respondents are ORDERED to release Petitioner by 5 p.m. on April 28, 2026.  Respondents must file a declaration confirming Petitioner's release by 5 p.m. on the following business day.

2. **Limitations on Removal and Redetention:** Respondents are ENJOINED from removing Petitioner from the United States or from this District, and from redetaining him, unless the government (1) has identified a third country willing to accept Petitioner and (2) has made concrete arrangements for his flight to the identified third country in the reasonably foreseeable future.  Respondents shall file a written declaration with this Court **at least 48 hours prior** to any

26-cv-2208-JO-BLM

redetention, confirming that they have satisfied the requirements above.

**IT IS SO ORDERED.**

Dated: April 27, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-2208-JO-BLM